IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | No. CR 14-200-TUC-CKJ (CRP) |
| vs. ) | **ORDER** |
| ) | |
| MARCO ANTONIO CENTENO- ) | |
| SANCHEZ, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

On June 18, 2014, Magistrate Judge Charles R. Pyle issued a Report and Recommendation (Doc. # 39) in which he recommended that the Motion to Preclude Statements for Violation of *Miranda* Rights & Voluntariness (Doc. 12) be granted. The Report and Recommendation notified the parties that they had fourteen days to file any objections. No objections have been filed.

The Court has reviewed and considered the Motion to Preclude Statements for Violation of *Miranda* Rights & Voluntariness, the response, the reply, the transcript of the proceedings, the exhibits, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1.    The Report and Recommendation (Doc. # 39) is ADOPTED;

2.    The Motion to Preclude Statements for Violation of *Miranda* Rights & Voluntariness (Doc. 12) is GRANTED. The statements of Marco Antonio Centeno-Sanchez given to CBPO Zuniga on January 4, 2014 are PRECLUDED from use in this matter.

DATED this 22nd day of July, 2014.

Cindy K. Jorgenson
United States District Judge